UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 13-3159 |
| ) | |
| JESSICA L. SELF, ) | |
| ) | |
| Defendant. ) | |

## OPINION CONFIRMING SALE

**SUE E. MYERSCOUGH, U.S. DISTRICT JUDGE:**

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. See Report of Sale, d/e 22. The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

38 Robinwood Drive, Rushville, Illinois 62681

> Lot Fourteen (14), of WARD, TYSON & TEEL'S Subdivision of the City of Rushville according to a plat of a survey dated December 12, 1969, and recorded in the Office of the Recorder

of Schuyler County, Illinois, in Plat Book 2, Page 40, being a part of the following described real estate, to-wit: The Northwest Quarter (NW ¼) of the Southwest Quarter (SW ¼) of the Northeast Quarter (NE ¼) of Section Thirty-six (36), and the South half (S ½) of the Southwest Quarter (SW ¼) of the Northwest Quarter (NW ¼) of the Northeast Quarter (SW ¼) of said Section Thirty-six (36), all in Township Two (2) North of the Base Line, Range Two (2) West of the Fourth Principal Meridian, except One Hundred Twelve (112) feet of even width off the South side thereof and also except Eight Hundred Fifty-six (856) feet off the North side of Two Hundred Seventeen and 75/100 (217.75) feet off the West side thereof; subject to all existing easements, both private and public, disclosed and undisclosed for utility, sewer, and drain purposes, situated in the County of Schuyler and State of Illinois

PIN No. 05-125-016-00

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over the defendant, Jessica L. Self, who is personally liable to Plaintiff for the deficiency from the sale.

**IT IS THEREFORE ORDERED:**

**A.    The U.S. Marshal's Report of Sale (d/e 22) is approved and the sale is confirmed;**

B.  A deficiency judgment be and the same is hereby entered in favor of plaintiff, UNITED STATES OF AMERICA, ACTING THROUGH RURAL DEVELOPMENT, and against defendant, Jessica L. Self, in personam, in the amount of $46,066.09, and that execution may issue in accordance with the law.

C.  The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 15-1509(a).

D.  The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E.  There is no just reason to delay enforcement of or appeal from this final order.

ENTER: June 11, 2014.

/s Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE